# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Paul Stepanovich | § | Case No. 12-01588 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

  10:30 a.m. on May 15, 2013
  in Courtroom 742, U.S. Courthouse
  219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____Kenneth S. Gardner_____
                                        Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Paul Stepanovich § Case No. 12-01588
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 15,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 2.94 | $ 0.00 | $ 2.94 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 4,312.50 | $ 0.00 | $ 4,312.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 24.80 | $ 0.00 | $ 24.80 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,590.24 |
| Remaining Balance | | | $ 8,409.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,319.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | $ 5,725.36 | $ 0.00 | $ 2,157.30 |
| 2 | N. A. Capital One Bank (Usa) | $ 3,170.83 | $ 0.00 | $ 1,194.76 |
| 3 | N. A. Capital One Bank (Usa) | $ 751.52 | $ 0.00 | $ 283.17 |
| 4 | N. A. Fia Card Services | $ 12,671.33 | $ 0.00 | $ 4,774.53 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,409.76 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke  
                        Steven R. Radtke, Trustee

STEVEN R. RADTKE  
79 WEST MONROE STREET  
SUITE 1305  
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 12-01588-CAD
Paul Stepanovich                                              Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: ahamilton            Page 1 of 2           Date Rcvd: Apr 17, 2013
                             Form ID: pdf006            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
 db            Paul Stepanovich,    1247 Harlem Avenue,    Unit 103,    Berwyn, IL 60402-1051
 aty          +Chill Chill & Radtke PC,    Steven R Radtke,    Chill Chill & Radtke PC,    79 W Monroe Street,
                Suite 1305,    Chicago, IL 60603-4925
18373850      +Al Snyder,    Re/Max Partners,   6420 W. Cermak Avenue,    Berwyn, IL 60402-2308
19850534      +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),    294 Union St.,    Hackensack, NJ 07601-4303
18373851      +Bank of America Client Services,    Bankruptcy Department,    P.O. Box 15102,
                Wilmington, DE 19886-5102
18373852      +Budd Simons Re/Max County Line,    90 Burr Ridge Parkway,    Burr Ridge, IL 60527-0832
18373853       Capital One,    P.O. Box 85167,   Richmond, VA 23285-5167
19889530       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
18373854       Creditor First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
18373855      +David Hrizak,    6th Avenue Development Group,    1244 State Street, Suite 301,
                Lemont, IL 60439-4489
19926322       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18373856      +Ford Motor Company,    9700 W. Higgins Road,   Suite 720,    Rosemont, IL 60018-4796
18373857      +GE Money Bank,    Genpact Services,   P.O. Box 1969,    South Gate, MI 48195-0969
18373858      +Ghani Estesham, M.D.,    9223 Ogden Avenue,   Brookfield, IL 60513-1944
18373861      +HSBC Retail Services,    Bankruptcy Department,   P.O. Box 5263,    Carol Stream, IL 60197-5263
18373859      +Harris Bank,    3800 Golf Road, Suite 300,   Rolling Meadows, IL 60008-4005
18373860      +Howard Baim,    2532 N Lincoln Avenue,   Chicago, IL 60614-2468
18373862      +Jennifer Christoffersen,    7723 Clarendon Hills Road,    Willowbrook, IL 60527-2425
18373863       Loyola Medical Center,    21660 S. 1st Avenue,   Maywood, IL 60153
18373864      +Milica Vujicich,    3526 S. Vernon,   Brookfield, IL 60513-1421
18373866      +PNC Bank,    4100 W. 150th Street,   Cleveland, OH 44135-1389
18373865      +Philip M. Kiss,    Kiss & Associates, Ltd.,   5250 Grand Avenue, #14-408,    Gurnee, IL 60031-1877
18373867       Re/Max Northern Illinois,    2205 Point Boulevard,    Suite 100,   Elgin, IL 60123-7840
18373869      +Rosemary Signorelli,    c/o Beaulieu Law Offices,    5339 W. Belmont Avenue,
                Chicago, IL 60641-4104
18373868      +Rosemary Signorelli,    c/o Beaulieu Law Offices,    5339 West Belmont Avenue,
                Chicago, IL 60641-4104
18373870      +Step Realty,    1247 S. Harlem Avenue,   Unit 103,   Berwyn, IL 60402-1051
18373871      +Viewpoint Terrace,    400 Lathrop, Suite 202,   River Forest, IL 60305-1871
18373872      +Wells Fargo/Wachovia,    4101 Wiseman Boulevard,    San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18519786      +E-mail/Text: bnc@atlasacq.com Apr 18 2013 02:07:22     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 19, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton             Page 2 of 2                  Date Rcvd: Apr 17, 2013
                              Form ID: pdf006             Total Noticed: 29


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
              Arthur   Czaja    on behalf of Creditor Rosemary  Signorelli attorneyarthur@aol.com
              Arthur   Czaja    on behalf of Creditor   Avanti Investors, Inc. attorneyarthur@aol.com
              David L DePew, II    on behalf of Debtor Paul   Stepanovich depewlaw@megsinet.net
              Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com
              Yanick  Polycarpe    on behalf of Creditor   WELLS FARGO BANK, N.A. ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 8
```