UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Paul Stepanovich                    §     Case No. 12-01588
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/STEVEN R. RADTKE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ford Motor Company 9700 W. Higgins Road Suite 720 Rosemont, IL 60018-4733 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rosemary Signorelli c/o Beaulieu Law Offices 5339 West Belmont Avenue Chicago, IL  60641 | | | | | |
| | Wells Fargo/Wachovia 4101 Wiseman Boulevard San Antonio, TX  78251 | | | | | |
| | Wells Fargo/Wachovia 4101 Wiseman Boulevard San Antonio, TX  78251 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Al Snyder Re/Max Partners 6420 W. Cermak Avenue Berwyn, IL  60402 | | | | | |
| | Bank of America Client Services Bankruptcy Department P.O. Box 15102 Wilmington, DE  19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Budd Simons Re/Max County Line 90 Burr Ridge Parkway Burr Ridge, IL  60527 | | | | | |
| | Capital One P.O. Box 85167 Richmond, VA  23285-5167 | | | | | |
| | Capital One P.O. Box 85167 Richmond, VA  23285-5167 | | | | | |
| | Creditor First Source Advantage 205 Bryant Woods South Amherst, NY  14228-3609 | | | | | |
| | David Hrizak 6th Avenue Development Group 1244 State Street, Suite 301 Lemont, IL  60439 | | | | | |
| | GE Money Bank Genpact Services P.O. Box 1969 South Gate, MI  48195 | | | | | |
| | Ghani Estesham, M.D. 9223 Ogden Avenue Brookfield, IL  60513 | | | | | |
| | Harris Bank 3800 Golf Road, Suite 300 Rolling Meadows, IL  60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Howard Baim 2532 N Lincoln Avenue Chicago, IL 60614 | | | | | |
| | HSBC Retail Services Bankruptcy Department P.O. Box 5263 Carol Stream, IL 60197 | | | | | |
| | Loyola Medical Center 21660 S. 1st Avenue Maywood, IL 60153 | | | | | |
| | Philip M. Kiss Kiss & Associates, Ltd. 5250 Grand Avenue, #14-408 Gurnee, IL 60031 | | | | | |
| | PNC Bank 4100 W. 150th Street Cleveland, OH 44135 | | | | | |
| | Re/Max Northern Illinois 2205 Point Boulevard Suite 100 Elgin, IL 60123-7840 | | | | | |
| | Rosemary Signorelli c/o Beaulieu Law Offices 5339 W. Belmont Avenue Chicago, IL 60641 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Viewpoint Terrace 400 Lathrop, Suite 202 River Forest, IL  60305 | | | | | |
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio) | | | | | |
| 2 | N. A. Capital One Bank (Usa) | | | | | |
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| 4 | N. A. Fia Card Services | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-01588 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Paul Stepanovich | | | | Date Filed (f) or Converted (c): | 01/18/2012 (f) |
| | | | | | 341(a) Meeting Date: | 03/05/2012 |
| For Period Ending: | 07/08/2013 | | | | Claims Bar Date: | 03/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1247 S. Harlem Avenue Berwyn, Il 60402 | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking Account Used To Pay Bills | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Household Furnishings, Stereo, Television, Etc. | 1,000.00 | 500.00 | OA | 0.00 | FA |
| 4. Personal Clothing | 250.00 | 0.00 | OA | 0.00 | FA |
| 5. Avanti Investors, Inc., Franchise With Rosemary Signorelli-R | 0.00 | 0.00 | | 5,000.00 | FA |
| 6. P And R Realty; Business Operated Jointly With Rosemary Sign | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Step Development, Llc-Real Estate Related Business-No Assets | 0.00 | 0.00 | OA | 0.00 | FA |
| 8. Step Realty, Inc.-Real Estate Related Business-No Assets | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. Commissions Due From Rosemary Signorelli, Former Partner | 43,000.00 | 43,000.00 | | 10,000.00 | FA |
| 10. Real Estate License | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Truck -2006 Ford Escape With 121,000 Miles | 7,000.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $116,250.00    $43,500.00    $15,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee motion to sell estate's interest in stock ($5000) and motion to approve compromise ($10,000) to be heard 1/16/13; continued then granted;

Initial Projected Date of Final Report (TFR): 12/30/2014    Current Projected Date of Final Report (TFR): 12/30/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-01588 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Paul Stepanovich | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0294 |
| | Checking |
| Taxpayer ID No: XX-XXX1880 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/08/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/13 | | Beaulieu Law Offices (IOLTA) 08-11<br>5339 West Belmont Avenue<br>Chicago, IL 60641 | settlement of claim for commissions and sale of stock Amount represents $10,000 to settle claim for commissions and $5,000 for sale of stock in Avanti Investors, Inc. | | $15,000.00 | | $15,000.00 |
| | | | Gross Receipts $15,000.00 | | | | |
| | 5 | | Avanti Investors, Inc., Franchise $5,000.00<br>With Rosemary Signorelli-R | 1249-000 | | | |
| | 9 | | Commissions Due From $10,000.00<br>Rosemary Signorelli, Former Partner | 1249-000 | | | |
| 05/20/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $12,750.00 |
| 05/20/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2.94 | $12,747.06 |
| 05/20/13 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,950.00 | $7,797.06 |

Page Subtotals: $15,000.00  $7,202.94

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-01588 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Paul Stepanovich | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0294 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1880 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/08/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/13 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $24.80 | $7,772.26 |
| 05/20/13 | 1005 | Atlas Acquisitions Llc (Hsbc Bank Nevada Natio)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 34.82 % per court order. | 7100-000 | | $1,993.77 | $5,778.49 |
| 05/20/13 | 1006 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 34.82 % per court order. | 7100-000 | | $1,104.19 | $4,674.30 |
| 05/20/13 | 1007 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 34.82 % per court order. | 7100-000 | | $261.71 | $4,412.59 |
| 05/20/13 | 1008 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution to claim 4 representing a payment of 34.82 % per court order. | 7100-000 | | $4,412.59 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $15,000.00 |

Page Subtotals: $0.00 $7,797.06

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0294 - Checking | $15,000.00 | $15,000.00 | $0.00 |
|  | $15,000.00 | $15,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |